PROB 12C
(7/93)

## United States District Court

for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Rene Abreu

**Docket Number:** 02-00337-001
**PACTS Number:** 32599

**Name of Sentencing Judicial Officer:** Honorable Joseph A. Greenaway, Jr., USDJ - Designate

**Date of Sentence:** 06/28/2005

**Original Offenses:** Conspiracy to Commit Mail Fraud (2 Counts), 18 U.S.C. §371; Mail Fraud (7 Counts), 18 U.S.C. §1341 &2; Check Kiting Conspiracy, 18 U.S.C. §371; Conspiracy to Structure Currency Transactions, 18 U.S.C. §371; Structuring Currency Transactions (9 Counts), 31 U.S.C. §5324(a)(3) & 5324 (d)(1) & 18 U.S.C. §2

**Original Sentence:** 87 months imprisonment; 3 years supervised release; $1,700 special assessment, $200,000 fine, $499,562.40 in restitution.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 04/20/12

**Assistant U.S. Attorney:** Deborah Goldklang & Matthew A. Boxer, 970 Broad Street, Room 502, Newark, New Jersey 07102
(973) 645-2700

**Defense Attorney:** Gerald Krovatin, Esq. (Retained) Krovatin & Associates, LLC 744 Broad Street, Suite 1903, Newark, New Jersey 07102 (973) 424-9777

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |

On September 3, 2012, Abreu was arrested by the Hoboken Police Department for simple assault. The alleged criminal conduct involved Abreu and another male restraining Abreu's daughter while the offender slapped her several times in the face, causing a bloody nose. This charge is pending in the Hoboken Municipal Court. The offender's next court appearance is scheduled for October 18, 2012.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

2             The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'

The offender violated the law, specifically Title 18 U.S.C. §1001, by his materially false, fictitious, or fraudulent statements on monthly supervision reports submitted to the U.S. Probation Office as evidenced by the following:

The offender made a materially false, fictitious, or a fraudulent statement on his monthly supervision report for the month of September 2012, indicating he had contact with Hoboken Police Department on September 3, 2012, because he "fell and taken to hospital by police." Additionally, the offender responded "No" on the form when he was asked if he was arrested or named as a defendant.

The Probation Office has determined this conduct constitutes a **Grade B violation.**

3             The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

On September 4, 2012, Abreu submitted a falsified Monthly Supervision Report for September 2012, indicating that he had contact with Hoboken Police Department on September 3, 2012, because he "fell and taken to hospital by police." Additionally, the offender responded "No" on the form when he was asked if he was arrested or named as a defendant.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

4             The offender has violated the supervision condition which states '**The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.**'

On August 1, 2012, the offender, through his attorney Mr. Krovatin, was directed to provide probation with a letter outlining his duties and responsibilities at work. This letter was requested to ensure the offender's compliance with his special condition that he refrain from employment in the real estate business or mortgage industry. To date, this information has not been received by the probation department.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

PROB 12C - Page 3
Rene Abreu

5    The offender has violated the supervision condition which states 'The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'

The offender failed to notify probation that he was arrested for simple assault by the Hoboken Police Department. Abreu did not acknowledge he was arrested until questioned by probation on September 17, 2012.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin P. Egli
U.S. Probation Officer
Date: 10/04/12 KJM

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: 10/31/2012 @ 10:00
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/12/12
Date