# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
STANLEY R. CHESLER
JUDGE

SENATOR FRANK R. LAUTENBERG BUILDING
UNITED STATES COURTHOUSE AND POST OFFICE
P.O. BOX 999
NEWARK, N.J. 07101-0999
(973) 645-3136

February 7, 2014

Gerald Krovatin, Esq.
Krovatin Klingeman LLC
60 Park Place, Suite 1100
Newark, New Jersey 07102

      Re:    *UNITED STATES OF AMERICA v. RENE ABREU et al.*
              **Crim. Action No. 02-337 (SRC)**

## LETTER OPINION & ORDER

Dear Counsel:

The Court is in receipt of an application for an order directing the early termination of Defendant Rene Abreu's supervised release. Defendant asserts that his "supervised release is interfering with aspects of his life at the current time that seem counter to the goals to be accomplished by supervised release." (Def.'s Br. 4.) In particular, he advises the Court that he has become actively involved in an evangelical Christian ministry and is a pastor with a group that has sponsored missions to various foreign countries. He asserts that his continuing status on supervised release prevents him from attending upcoming missions in Israel, Mexico, and Africa.

Although the Court appreciates and applauds the efforts Mr. Abreu has undertaken to focus his future on positive activities, the Court is not satisfied that early termination is warranted, given the serious nature of the charges on which Mr. Abreu was convicted, his earlier plea of guilty to violating the terms of his supervised release, and the relatively minimal burden which supervised release has placed upon his life and activities. In short, the Court has been given no particularly compelling reason why Mr. Abreu's conduct, post release, has demonstrated that continued supervision is not warranted. The application is therefore denied.

Very truly yours,

        s/
_____
STANLEY R. CHESLER
United States District Judge

cc:    Clerk
        All parties